**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED
OCT 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-CR-127-KKC-EBA

**CARTNEY CONN and**
**CHRISTOPHER AZZLE MOORE**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

On or about a date in May 2026, the exact date unknown, and continuing through on or about September 30, 2026, in Floyd County, in the Eastern District of Kentucky, and elsewhere,

**CARTNEY CONN and**
**CHRISTOPHER AZZLE MOORE**

did conspire together and with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about July 7, 2026, in Floyd County, in the Eastern District of Kentucky,

**CARTNEY CONN**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about July 16, 2026, in Floyd County, in the Eastern District of Kentucky,

**CARTNEY CONN**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about September 22, 2026, in Floyd County, in the Eastern District of Kentucky,

**CARTNEY CONN and**
**CHRISTOPHER AZZLE MOORE**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**18 U.S.C. § 922(g)(1)**

On or about September 30, 2026, in Floyd County, in the Eastern District of Kentucky,

**CARTNEY CONN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is: (1) a Sig Sauer, Model P365, 9mm caliber pistol bearing serial number 66E823309; and (2) a Glock, Model 17 Gen 4, 9mm caliber handgun bearing serial number BMSL300, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**21 U.S.C. § 851 ENHANCEMENT**

Before **CHRISTOPHER AZZLE MOORE** committed the offenses charged in Counts One and Four of the Indictment, **CHRISTOPHER AZZLE MOORE** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, conspiracy to distribute 50 or more grams of a mixture or substance containing a detectable amount of methamphetamine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offenses charged in Counts One and Four.

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Counts 1, 2, 3 and 4 of the Indictment, **CARTNEY CONN** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and 846. Any and all interest that **CARTNEY CONN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 5 of the Indictment, **CARTNEY CONN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922(g). Any and all interest that **CARTNEY CONN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS:**

a. Sig Sauer, Model P365, 9mm caliber pistol bearing serial number 66E823309 seized from Cartney Conn on or about September 30, 2026; and
b. Glock, Model 17 Gen 4, 9mm caliber handgun bearing serial number BMSL300 seized from Cartney Conn on or about September 30, 2026; and
c. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW H. TRIMBLE**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1 & 4**

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Drug Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**COUNT 2 & 3**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 5:**

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.