UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No. 6:26-CR-127-KKC-EBA-1 At Frankfort Date November 17, 2026

USA vs Cartney Conn x present x custody ___ bond ____ OR Age _____

DOCKET ENTRY: Defendant appeared for his initial appearance, was arraigned and advised of his/her constitutional rights, the pending charges, and the possible penalties. United States Probation Officer Kendahl Granger Foright was also present. The United States orally moved for pretrial detention. The defendant requested a detention hearing.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT: HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Jacob Jones | Audio | None | Andrew H. Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Ned Pillersdorf x present x retained ____ appointed

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-FRK_6-26-cr-127-KKC-EBA-1_20261117_102410

PROCEEDINGS: **INITIAL APPEARANCE AND ARRAIGNMENT**

- x Copy of Indictment given to the defendant.
- x Defendant states true name is as stated on the Indictment.
- x Defendant advised the Court that he/she will retain counsel.
- x Defendant advised of Constitutional Rights.
- x Defendant advised of the nature of charges and possible penalties.
- x Defendant waives formal arraignment.
- x Defendant waives reading of Indictment - Information. x Indictment - Information read.
- x Defendant pleads Guilty to Counts x Not guilty to Counts ALL
- x PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered.
- x Assigned for **DETENTION HEARING** on **Friday November 20, 2026, at 2:00 p.m.** in Frankfort before Magistrate Judge Edward B. Atkins.
- x Assigned for **JURY TRIAL** on **Monday January 4, 2027, at 9:00 a.m.** in Lexington before Judge Karen K. Caldwell; counsel to be present at 8:30 a.m.
- x Number of days expected for trial: 3 Days
- x Defendant remanded to custody of the USM.

__x__ USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant).

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

Copies: COR, USP, USM, D, JC
Initials of Deputy Clerk jj
TIC:/04